**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00381-REB-CBS

JAVIER MUNOZ-MARQUEZ,

    Applicant,

v.

WARDEN MILYARD,

    Respondent.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#16], filed August 7, 2007.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#16], filed August 7, 2007, is **APPROVED** and **ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.

     2.  That petitioner's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#3], filed February 23, 2007, is **DENIED**;

     3.  That petitioner's **Petition for a Writ of Mandamus, Pursuant to 28 USC § 1361, § 1651(a) and an Order To Transfer Petitioner to Federal Custody, 28 USC § 2241** [#14], filed August 2, 2007, is **DENIED**; and

     4.  That this case is **DISMISSED WITH PREJUDICE**.

Dated September 17, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**